# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT CHEEMA,<br><br>        Petitioner,<br><br>   v.<br><br>NEIL H. ADLER, et.al.,<br><br>        Respondents.<br>_____/ | 1:09-cv-01613-SMS (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF THE PETITION<br><br>[Doc. 10] |

     Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 305(b).

     Petitioner submits that since the filing of the instant petition, "the United States Bureau of Prisons ("B.O.P") received additional information from Canadian authorities indicating that Mr. Cheema was in Canadian custody solely on the extradition warrant for approximately 130 of the days in dispute. As a result, the B.O.P. has granted him credit for those 130 days against his federal sentence." (Motion, at 1-2.) It was further determined that Petitioner was not eligible for the remaining 90 days of credit, as challenged in the instant petition. (Id. at 2.) Petitioner "accepts the reduction of his sentence as determined by the B.O.P." (Id.)

///
///
///

1  GOOD CAUSE APPEARING, and based on the unopposed motion for voluntary
2  dismissal, it is HEREBY GRANTED that Petitioner's motion is granted and the instant petition
3  for writ of habeas corpus is dismissed without prejudice and the instant action is terminated.

6  IT IS SO ORDERED.

7  **Dated:    February 24, 2010**              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE